IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY JENNINGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:18-cv-231-RAH-KFP |
| | ) |
| WALTER WOODS, WARDEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On February 17, 2021, Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 42.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Defendants' Motion to Dismiss is GRANTED to the extent Defendants seek dismissal of this case due to Plaintiff's failure to properly exhaust an administrative remedy available to him during his confinement at FPC Montgomery prior to initiating this cause of action.

3. This case is DISMISSED with prejudice under 42 U.S.C. § 1997e(a) for Plaintiff's failure to properly exhaust an administrative remedy previously available to him at FPC Montgomery.

4. No costs are taxed.

A separate Final Judgment will be entered.

DONE, this the 10th day of March, 2021.

                                                 /s/ R. Austin Huffaker, Jr.
                                        R. AUSTIN HUFFAKER, JR.
                                        UNITED STATES DISTRICT JUDGE